**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  08 CV 1521 |
| | ) | |
| LITTON LOAN SERVICING LP, a Texas | ) | Hon. Andersen |
| Business organization; and COUNTRYWIDE | ) | Magistrate Judge Ashman |
| HOME LOANS, INC., a New York Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO ENLARGE TIME TO ANSWER**
**OR OTHERWISE PLEAD**

NOW COMES Defendant, Option One Mortgage Corporation, by and through its counsel and pursuant to Federal Rule of Civil Procedure 6, hereby moves this honorable Court to enlarge the time to answer or otherwise plead to Plaintiff, Elio Vivacqua's Complaint and in support thereof, states as follows:

1.      Defendant has recently retained the undersigned for representation in the above captioned matter.

2.      The undersigned counsel has not yet had a chance to assess the merits of the pending action as counsel has not yet received the underlying file.

3.      Granting Defendant an extension of time up to and including May 7, 2008, to plead will not prejudice any party.

4.      Counsel for Plaintiff agrees to this motion.

Wherefore, Defendant, Option One Mortgage Corporation, hereby requests an enlargement of time up to and including May 7, 2008, to answer or otherwise plead to the Verified Complaint.

2

Respectfully submitted,

Option One Mortgage Corporation


By:  /s/  Jonathan D. Nusgart     .

Jonathan D. Nusgart
James V. Noonan
Noonan & Lieberman
105 W. Adams Street
Suite 3000
Chicago, IL 60603
312/431-1455

2

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to L.R. 5.9, the undersigned certifies that a true and correct copy of the

foregoing Agreed Motion for Enlargement of Time was electronically served via the CM/ECF

system on April 7, 2008, to the following counsel of record:

**Al Hofeld, Jr.**
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street
Suite #1650
Chicago, IL 60604
Email: al@alhofeldlaw.com



　　　/s/   Jonathan D. Nusgart　　　.