**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Patricia Jones
                                            Plaintiff,
v.                                          Case No.: 1:08−cv−01521
                                            Honorable Wayne R. Andersen

Prime Investment Mortgage Corporation, et al.
                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

MINUTE entry before Judge Honorable Wayne R. Andersen:Agreed motion to enlarge time to answer or otherwise plead to plaintiff complaint [8] is granted to 5/7/2008.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.