**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  08 CV 1521 |
| | ) | |
| LITTON LOAN SERVICING LP, a Texas | ) | Hon. Andersen |
| Business organization; and COUNTRYWIDE | ) | Magistrate Judge Ashman |
| HOME LOANS, INC., a New York Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

Please take notice that on May 15, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Wayne R. Andersen in Room 1403 of the United States District Court for the Northern District of Illinois, Dirkson Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed Motion to Dismiss.

  /s/ Jonathan D. Nusgart
Attorney for Option One Mortgage Corporation

Jonathan D. Nusgart
James V. Noonan
Mitchell A. Lieberman
Noonan & Lieberman
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

## **CERTIFICATE OF SERVICE**

Pursuant to L.R. 5.9, the undersigned certifies that a true and correct copy of the foregoing Notice of Motion for presentment of an Agreed Motion for Enlargement of Time was electronically served via the CM/ECF system on May 8, 2008, to the following counsel of record:

**Al Hofeld, Jr.**
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street
Suite #1650
Chicago, IL 60604
Email: al@alhofeldlaw.com


    /s/   Jonathan D. Nusgart           .