**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA JONES, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       v. | ) | Case No.:  08 CV 1521 |
| | ) | |
| PRIME INVESTMENT MORTGAGE | ) | Hon. Andersen |
| CORPORATION; OPTION ONE MORTGAGE | ) | Magistrate Judge Ashman |
| CORPORATION; and DOES 1 - 5, | ) | |
| | ) | |
|       Defendants. | ) | |

**UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER
OR OTHERWISE PLEAD**

NOW COMES Defendant, Option One Mortgage Corporation, by and through its counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves this honorable Court to enlarge the time to answer or otherwise plead to Plaintiff, Patricia Jones' Amended Complaint and in support thereof, states as follows:

    1.    Defendant filed a motion to dismiss the complaint.

    2.    In lieu of responding to the motion to dismiss, Plaintiff filed an amended complaint pursuant to Fed.R.Civ.P. 15(a).

    3.    Plaintiff additionally made a settlement demand upon Defendant prior to filing the amended complaint.

    4.    Defendant needs time to respond to the settlement demand and wishes to avoid the costs of pleading to the amended complaint if settlement is possible.

    5.    Granting Defendant an extension of time up to and including July 18, 2008, to plead will not prejudice any party.

    6.    Counsel for Plaintiff does not oppose this motion.

2

Wherefore, Defendant, Option One Mortgage Corporation, hereby requests an enlargement of time up to and including July 18, 2008, to answer or otherwise plead to the Amended Complaint.

        Respectfully submitted,

        Option One Mortgage Corporation

        By: /s/ Jonathan D. Nusgart    .

Jonathan D. Nusgart
James V. Noonan
Noonan & Lieberman
105 W. Adams Street
Suite 3000
Chicago, IL 60603
312/431-1455

**CERTIFICATE OF SERVICE**

Pursuant to L.R. 5.9, the undersigned certifies that a true and correct copy of the foregoing Agreed Motion for Enlargement of Time was electronically served via the CM/ECF system on June 27, 2008, to the following counsel of record:

**Al Hofeld, Jr.**
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street
Suite #1650
Chicago, IL 60604
Email: al@alhofeldlaw.com


   /s/   Jonathan D. Nusgart    .