**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  08 CV 1521 |
| | ) | |
| PRIME INVESTMENT MORTGAGE | ) | Hon. Andersen |
| CORPORATION; OPTION ONE MORTGAGE | ) | Magistrate Judge Ashman |
| CORPORATION; and DOES 1 - 5, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

TO:    See Attached Service List

     Please take notice that on July 3, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Wayne R. Andersen in Room 1403 of the United States District Court for the Northern District of Illinois, Dirkson Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed Unopposed Motion for Enlargement of Time.

      /s/ Jonathan D. Nusgart
     Attorney for Option One Mortgage Corporation

Jonathan D. Nusgart
James V. Noonan
Mitchell A. Lieberman
Noonan & Lieberman
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

2

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5.9, the undersigned certifies that a true and correct copy of the foregoing Notice of Motion for presentment of an Agreed Motion for Enlargement of Time was electronically served via the CM/ECF system on June 27, 2008, to the following counsel of record:

**Al Hofeld, Jr.**
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street
Suite #1650
Chicago, IL 60604
Email: al@alhofeldlaw.com

    /s/   Jonathan D. Nusgart            .