IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1521 |
| | ) | |
| | ) | Judge Anderson |
| PRIME INVESTMENT MORTGAGE CORPORATION, OPTION ONE MORTGAGE CORPORATION and DOES 1-5, | ) ) ) ) | presiding |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER**

Defendant Prime Investment Mortgage Corporation, by its attorney, John J. Lydon, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, having conferred with the Plaintiff's attorney who does not oppose this motion, respectfully moves this court to enlarge the time to file its responsive pleading to the plaintiff's Amended Complaint to and until July 14, 2008.

          Respectfully submitted,
          Prime Investment Mortgage Corporation,


          By:     /s/ John J. Lydon
                  One of its attorneys

John J. Lydon, Esq.
Nazia J. Hasan, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on June 30, 2008.

                                            /s/ John J. Lydon

K:\JJL\CASES\41582 (Jones v. Prime Investment)\Motions\Motion for Enlargment of Time to Answer.wpd