# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Patricia Jones

                    Plaintiff,

v.                                          Case No.: 1:08−cv−01521

                                                          Honorable Wayne R. Andersen

Prime Investment Mortgage Corporation, et al.

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 15, 2008

                                                           /s/ Wayne R. Andersen

                                                           United States District Judge