IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA JONES | ) | |
| | ) | |
| Plaintiff, | ) | Judge Wayne Andersen |
| | ) | |
| vs. | ) | 08 C 1521 |
| | ) | |
| PRIME INVESTMENT MORTGAGE CORPORATION; OPTION ONE MORTGAGE CORPORATION; and DOES 1-5, | ) | Magistrate Ashman |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **Wednesday, July 23, 2008** at **9:00 a.m.**, we shall appear before the Honorable Judge Wayne R. Anderson in Room 1403 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** a copy of which is hereby served upon you.

                                        s/ Al Hofeld, Jr.
                                        Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project, Inc.,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois  60604
(312) 345-1004
(312) 346-3242 (FAX)
al@alhofeldlaw.com

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

     I, Al Hofeld, Jr., attorney for plaintiff, hereby certify that on July 15, 2008, service of the attached *Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint* was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                       s/Al Hofeld, Jr.
                                                       Al Hofeld, Jr.