**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  08 CV 1521 |
| | ) | |
| PRIME INVESTMENT MORTGAGE | ) | Hon. Andersen |
| CORPORATION; OPTION ONE | ) | Magistrate Judge Ashman |
| MORTGAGE CORPORATION; WELLS | ) | |
| FARGO BANK, N.A., as Trustee for the | ) | |
| Benefit of the certificate holders of asset-backed | ) | |
| securities corporation home equity trust, series | ) | |
| OOMC 2005-HE6; and DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:     See Attached Service List

   Please take notice that on September 4, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Wayne R. Andersen in Room 1403 of the United States District Court for the Northern District of Illinois, Dirkson Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present a Motion to Dismiss the Second Amended Complaint.

             /s/ Jonathan D. Nusgart
            Attorney for Option One Mortgage Corporation

Jonathan D. Nusgart
James V. Noonan
Mitchell A. Lieberman
Noonan & Lieberman
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

## **CERTIFICATE OF SERVICE**

Pursuant to L.R. 5.9, the undersigned certifies that a true and correct copy of the foregoing Notice of Motion for presentment of a Motion to Dismiss Second Amended Complaint was electronically served via the CM/ECF system on August 14, 2008, to the following counsel of record:

**Al Hofeld, Jr.**       Email: al@alhofeldlaw.com

**Nazia J. Hasan**     Email: nhasan@gsgolaw.com

**John Joseph Lydon**  Email: lydonj@gsgolaw.com


　　　　　　　　　　　　　　　　　　/s/   Jonathan D. Nusgart       .