IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA JONES, | ) |
|       Plaintiff, | ) |
| v. | ) No. 08 C 1521 |
| | ) Judge Anderson presiding |
| PRIME INVESTMENT MORTGAGE CORPORATION, OPTION ONE MORTGAGE CORPORATION and DOES 1-5, | ) |
|       Defendant. | ) |

## NOTICE OF MOTION

To:    SEE CERTIFICATE OF SERVICE

     Please take notice that on **Thursday, September 4, 2008** at 9:00 a.m., defendant, by counsel, will appear before the Hon. Wayne Anderson, in Courtroom 1403, United States District Court, 219 South Dearborn Street, Chicago, Illinois and present Defendant Prime Investment Mortgage Corporation's Motion for Judgment on the Pleadings.

                        Respectfully submitted,
                        Universal Financial Group, Inc.,

                        By:    /s/ John J. Lydon

John J. Lydon, Esq.
Nazia J. Hasan, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on August 14, 2008.

                                                   /s/ John J. Lydon