## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Patricia Jones
                              Plaintiff,

v.                                           Case No.: 1:08−cv−01521

                                                   Honorable Wayne R. Andersen

Prime Investment Mortgage Corporation, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to dismiss[30] second amended complaint is entered and briefed as follows: Responses due by 9/12/2008. Replies due by 9/26/2008. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.